### Patricia L. PARILLO

v.

### James A. PARILLO.

No. 79–30–A.

Supreme Court of Rhode Island.

Dec. 14, 1979.

Biagio L. Longo, West Warwick, for petitioner.

James A. Parillo, pro se.

#### ORDER

Respondent is hereby ordered to appear before this court on Monday, February 4, 1980, at 9:30 a. m. to Show Cause why his appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

DORIS, J., did not participate.

■

### John ALTIERI et al.

v.

### John DOLAN et al.

No. 79–248–Appeal.

Supreme Court of Rhode Island.

Dec. 17, 1979.

Temkin, Merolla & Zurier, Barry J. Kusinitz, Providence, for plaintiffs.

Thomas L. Marcaccio, Jr., Providence, for defendants.

#### ORDER

The litigants were before us on December 7, 1979, as we considered a motion by the defendants for a summary dismissal of the plaintiffs' appeal from the Superior Court decision that denied their request for injunctive relief. The dispute concerns the erection of a fence by the defendants in an area that once served as a common driveway between the respective properties of the parties. The dismissal motion was filed pursuant to the pertinent provisions of Supreme Court Rule 16(g). After consideration of the issue presented by the plaintiffs and the various contentions espoused at oral argument, the defendants' motion is denied and dismissed.